**RICKETTS LAW**
Morgan Ricketts (Bar No. 268892)
540 El Dorado Street #202z
Pasadena CA 91101
Telephone:  (213) 995-3935
Facsimile:   (213) 995-3963
Email:         morgan@morganricketts.com
Attorney for Plaintiffs Lourdes Toman, Antonio Paredes, and Alan Castro

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES TOMAN, an individual, ANTONIO PAREDES, an individual, and ALAN CASTRO, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>BREA POLICE DEPARTMENT; JERRY GLOMBOSKE, sued in his individual capacity; FULLERTON POLICE DEPARTMENT; FULLERTON POLICE OFFICERS DAVIS CRABTREE (#1467), RICHARD HERRERA (#1260), MICHAEL MCCASKILL (#1449), DAVID MACSHANE (#1274), KEVIN PEDROSA, and DANIEL PEREZ (#1547), all sued in their individual capacities; and DOES 1-10, inclusive;<br><br>    Defendants. | Case No.:  8:20-cv-00046-DOC-KES<br><br>Hon. David O. Carter<br>Courtroom 9D<br><br>**JOINT REPORT REGARDING PROGRESS OF SETTLEMENT DISCUSSIONS**<br><br>Mediation Date:   June 29, 2020<br>Trial Date:    February 16, 2021 |

## JOINT MEDIATION REPORT

Pursuant to this Court's April 29, 2020 Order, the parties engaged in panel mediation on June 29, 2020, before Richard Copeland, panel mediator. All Plaintiffs and Morgan Ricketts, Plaintiffs' counsel, were in attendance. Counsel for Fullerton Defendants, James Touchstone, and counsel for Defendant Glomboske, Robert Ceccon, also attended. The parties were unable to reach a resolution.

Dated: ~~June~~ July 2, 2020

**RICKETTS LAW**

_____
Morgan Ricketts
Attorney for Plaintiffs Lourdes Toman,
Antonio Paredes, and Alan Castro

Dated: July  1 , 2020

**RICHARDS, WATSON & GERSHON**
 A Professional Corporation
ROBERT C. CECCON
SYLVIA J. QUACH

_____
Robert C. Ceccon
Attorneys for Defendant Jerry Glomboske

Dated: ~~June~~ July 2, 2020

**JONES & MAYER**
JAMES R. TOUCHSTONE
BROOKE A. BUCHANAN

_____
James R. Touchstone
Attorneys for Fullerton Defendants

-1-

11222-0001\2389406v2.doc