**Note changes made by the Court.**

**RICKETTS LAW**
Morgan Ricketts (Bar No. 268892)
540 El Dorado Street #202
Pasadena CA 91101
Telephone:  (213)995-3935
Facsimile:  (213) 995-3963
Email:  morgan@morganricketts.com

Attorneys for Plaintiffs Lourdes Toman, Antonio Paredes, and Alan Castro

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES TOMAN, an individual, ANTONIO PAREDES, an individual, and ALAN CASTRO, an individual, <br><br>　　　　　Plaintiffs, <br><br>　　　vs. <br><br>BREA POLICE DEPARTMENT; JERRY GLOMBOSKE, sued in his individual capacity; FULLERTON POLICE DEPARTMENT; FULLERTON POLICE OFFICERS DAVIS CRABTREE (#1467), RICHARD HERRERA (#1260), MICHAEL MCCASKILL (#1449), DAVID MACSHANE (#1274), KEVIN PEDROSA, and DANIEL PEREZ (#1547), all sued in their individual capacities; and DOES 1-10, inclusive; <br><br>　　　　　Defendants. | Case No.: 8:20-cv-00046-JWH-KES <br> Complaint Filed: January 9, 2020 <br> Department: Courtroom 6D <br> Hon. Karen E. Scott <br><br> **~~PROPOSED~~ ORDER FOR STIPULATION RE SUBPOENA TO ADULT PROTECTIVE SERVICES** <br><br> Close of Discovery: December 11, 2020 <br> Trial: February 16, 2021 |

-1-
~~PROPOSED ORDER FOR STIPULATION RE SUBPOENA TO ADULT PROTECTIVE SERVICES~~

**ORDER**

Having reviewed and duly considered the above **STIPULATION RE SUBPOENA TO ADULT PROTECTIVE SERVICES**, the Court finds good cause to order, and hereby does order that the parties are to comply with the terms of the Stipulation **as modified by the Court**.

**IT IS SO ORDERED.**

DATED: October 16, 2020          BY: *Karen E. Scott*

                                                Hon. Karen E. Scott
                                                Magistrate Judge of The United States District Court, Central District of California, Southern

TO ALL PARTIES, THEIR ATTORNEYS, AND THE COURT:

Plaintiffs Lourdes Toman, Antonio Paredes, and Alan Castro, ("Plaintiffs"); all remaining Defendants in the case: Fullerton Police Department, Davis Crabtree, Richard Herrera, Michael McCaskill, David MacShane, Kevin Pedrosa, and Daniel Perez ("Defendants"); and non-party Adult Protective Services/Orange County Social Services Agency ("APS"), by and through their counsel, voluntarily and with full knowledge and understanding of the provisions stated herein, agree to the following:

WHEREAS, Plaintiffs have subpoenaed APS for records and testimony pertaining to James Leo Toman at 3336 Greenleaf Drive in Brea, California and also at 3106 Yorba Linda Blvd. Apartment B4, Fullerton, California, for the time period 2005 to September 1, 2020;

WHEREAS, the records and testimony requested may only be disclosed subject to a protective court order;

WHEREFORE, THE PARTIES STIPULATE TO THE FOLLOWING:

1. The Responsive Records (defined as those records produced by APS pursuant to this Protective Order) and transcripts of testimony relating thereto ("Transcripts") shall be used solely in connection with the present case including any associated appellate proceedings and collateral review, and not for any other purpose.

2. The parties agree that they shall not copy nor reproduce any portion of the Responsive Records or Transcripts except where necessary to submit to the court or an appropriate expert. If any Responsive Record or Transcript is required to be submitted to the court, it shall be done **with an application to file it** under seal, in connection with court proceedings.

3. The Responsive Records, including Transcripts, shall not be provided to any other third party other than the parties to the present action and the court. However, the records produced and Transcripts subject to the present order may be copied and shown to and shared with any expert, investigator, or other third party as long as the third party has agreed in writing to be bound by the terms of the Protective Order.

4. The reporting party name(s) and any Social Security/driver's license/other

identifying account/classification numbers shall be redacted from the records prior to production.

5. Each person and/or party to whom disclosure of the information contained in the Responsive Records and Transcripts is made shall, prior to the time of disclosure, be provided by the person furnishing the materials a copy of this stipulated Protective Order, and shall agree in writing that he or she has read the stipulated Protective Order and understands its provisions. The writing must also include consent to be subject to the jurisdiction of this court with respect to any proceeding related to the enforcement of this Protective Order, including a proceeding for contempt. **This paragraph does not apply to court personnel.**

6. At the conclusion of this matter, whether through trial, appeal, collateral review, or other final disposition, all Responsive Records, Transcripts, and all copies, shall be destroyed or sealed. **This paragraph does not apply to court records.**

7. The Responsive Records disclosed to the attorney(s) of record for the parties shall be provided upon request by APS after the signing of the present Order by the Court.

**IT IS SO STIPULATED.**

Dated: __October 15__, 2020

By: _____
Brooke A. Buchanan
Attorneys for Defendants

Dated: __October 15__, 2020

By: _____
Morgan Ricketts
Attorney for Plaintiffs

Dated:   October 15  , 2020

By:   *Deborah Morse*
Deborah B. Morse, Deputy County Counsel
Attorney for Orange County Adult
Protective Services

-4-
**STIPULATION RE SUBPOENA TO ADULT PROTECTIVE SERVICES;
PROTECTIVE ORDER THEREON**