Morgan Ricketts, Esq. [S.B. #268892]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: mricketts@hadsellstormer.com

Attorneys for Plaintiffs LOURDES TOMAN, ANTONIO PAREDES, and ALAN CASTRO

David A. Harak
The Harak Law Firm, LLC
1400 S. Charles Street
Baltimore, Maryland 21230
Telephone: (410) 347-1272
Email: david@haraklaw.com

[Additional counsel cont. on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES TOMAN, an individual, ANTONIO PAREDES, an individual, and ALAN CASTRO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BREA POLICE DEPARTMENT; JERRY GLOMBOSKE, sued in his individual capacity; FULLERTON POLICE DEPARTMENT; FULLERTON POLICE OFFICERS DAVIS CRABTREE (#1467), RICHARD HERRERA (#1260), MICHAEL MCCASKILL (#1449), DAVID MACSHANE (#1274), KEVIN PEDROSA, and DANIEL PEREZ (#1547), all sued in their individual capacities; and DOES 1-10, inclusive;<br><br>Defendants. | Case No.: 8:20-cv-00046-JWH-KES<br><br>[Assigned to the Honorable John W. Holcomb - Courtroom 9D]<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST TO VACATE TRIAL AND RELATED DATES**<br><br>Complaint filed:  January 9, 2020<br>Trial Date:  December 11, 2023 |

1  James R. Touchstone, Esq., SBN 184584
   jrt@jones-mayer.com
2  Jeremy B. Warren, Esq. SBN 199583
   jw@jones-mayer.com
3  Brooke A. Buchanan, Esq., SBN 286295
   bab@jones-mayer.com
4  JONES & MAYER
   3777 N. Harbor Blvd.
5  Fullerton, California 92835
   Telephone: (714) 446-1400
6  Facsimile: (714) 446-1448

7  Attorneys for CITY OF FULLERTON POLICE OFFICERS CRABTREE, MCCASKILL, and MACSHANE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JT NTC OF SETTLEMENT & REQ TO
VACATE TRIAL & RELATED DATES

**TO THIS HONORABLE COURT:**

The Parties hereby submit this Notice of Settlement to notify the Court that this lawsuit was tentatively settled in its entirety on October 17, 2023. The Parties accordingly request that the Court vacate the trial date of December 11, 2023, the Final Pre-Trial Conference scheduled for October 27, 2023, and all other pre-trial dates and deadlines.

Because certain matters will need to be addressed before the settlement becomes final, including the negotiation of terms, verification of potential medical liens, and receipt of payment, the Parties propose that they file a joint report regarding the status of settlement on or before January 15, 2024, and at one-month intervals thereafter until they can file a Stipulation of Dismissal.

Dated: October 19, 2023

Respectfully submitted,

HADSELL STORMER RENICK & DAI LLP

By: /s/ - Morgan E. Ricketts[1]
    Morgan E. Ricketts
    David Harak
    Attorneys for Plaintiffs

Dated: October 19, 2023

Respectfully Submitted,

JONES MAYER

By: /s/ James R. Touchstone
    James R. Touchstone, Esq.
    Warren, Esq.
    Brooke A. Buchanan, Esq.
    Attorneys for City of Fullerton Police Officers Crabtree, McCaskill, and MacShane

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.