JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES TOMAN, an individual, ANTONIO PAREDES, an individual, and ALAN CASTRO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BREA POLICE DEPARTMENT; JERRY GLOMBOSKE, sued in his individual capacity; FULLERTON POLICE OFFICERS DAVIS CRABTREE (#1467), RICHARD HERRERA (#1260), MICHAEL MCCASKILL (#1449), DAVID MCSHANE (#1274), KEVIN PEDROZA, and DANIEL PEREZ (#1547), all sued in their individual capacities; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00046-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 193] entered on or about January 16, 2024 , and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 21, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE